# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUMONTE WHITE,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>M. POLLARD, Warden,<br><br>　　　　　　　Respondent. | Case No. 2:20-cv-06726-GW-MAA<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED: January 18, 2022

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE